**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DAVID R. YURUS,**

    **Plaintiff,**

vs.                              Case No. 4:01cv17-MCR/WCS

**VARIABLE ANNUITY LIFE
INSURANCE COMPANY, d/b/a
AMERICAN GENERAL
FINANCIAL GROUP, et al.,**

    **Defendants.**
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated.  The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions to which an objection has been made.

    Having considered the Report and Recommendation and any objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    BenefitsCorp's motion to renew its motions for attorney's fees and sanctions, doc. 1003, is GRANTED.

    3.    Plaintiff's motion to enforce the settlement, doc. 1013, is DENIED.

      4.      BenefitsCorp's motion for attorney's fees pursuant to 42 U.S.C. § 1988, doc. 934, is GRANTED as to Plaintiff David Yurus, and the parties are directed to comply with the procedures set forth in N.D. Fla. R. 54.1(E).

      5.      BenefitsCorp's motion for Rule 11 sanctions is GRANTED as to Plaintiff David Yurus and his attorney, Steven R. Andrews, with respect to BenefitsCorp's expenses, including attorney's fees, in defending against Plaintiff's motion for partial summary judgment, doc. 737, and the parties are directed to comply with the procedures set forth in N.D. Fla. R. 54.1(E).

      6.      T. Rowe Price's motion to renew the motion (doc. 937) for attorneys' fees and expenses, doc. 991, is GRANTED.

      7.      T. Rowe Price's motion that this Court reconsider the two earlier Rule 11 motions, doc. 937, is DENIED.

      8.      T. Rowe Price's motion for attorney's fees pursuant to 42 U.S.C. § 1988, doc. 937, is GRANTED as to Plaintiff David Yurus for all expenses incurred in defense of this suit, and as to Plaintiff Samantha Yurus for all expenses incurred in defense the claim of loss of consortium, and the parties be directed to comply with the procedures set forth in N.D. Fla. R. 54.1(E).

      9.      T. Rowe Price's motion for fees and costs pursuant to Fed.R.Civ.P. 11, doc. 937, is GRANTED in part as to Plaintiff David Yurus and his attorney, Steven R. Andrews, with respect to T. Rowe Price's expenses, including attorney's fees, in defending against Plaintiff's motion for partial summary judgment, doc. 737, and the parties are directed to comply with the procedures set forth in N.D. Fla. R. 54.1(E), but in all other respects, T. Rowe Price's motion for fees and costs pursuant to Fed.R.Civ.P. 11 and 28 U.S.C. § 1927, doc. 937, is DENIED.

      DONE AND ORDERED this 20th day of September, 2005.

                       *s/ M. Casey Rodgers*
                        M. CASEY RODGERS
                        UNITED STATES DISTRICT JUDGE