UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID R. YURUS,

 VS            CASE NO.  4:01cv17/MCR/WCS

VARIABLE ANNUITY LIFE
INSURANCE COMPANY, ET AL

## JUDGMENT

This action came before the Court with the Honorable M. Casey Rodgers presiding.  The issues of attorneys' fees and/or sanctions have been heard and a decision has been rendered.

Judgment is entered in favor of T. ROWE PRICE and against DAVID YURUS in the amount of $19,833.86 as attorneys' fees pursuant to 42 U.S.C. section 1988.

Judgment is entered in favor of T. ROWE PRICE and against SAMANTHA YURUS in the amount of $2,677.17 as attorneys' fees pursuant to 42 U.S.C. section 1988.

Judgment is entered in favor of BENEFITSCORP and against DAVID YURUS in the amount of $60,000.00 as attorneys' fees pursuant to 42 U.S.C. section 1988.

Judgment is entered in favor of T. ROWE PRICE and against STEVEN R. ANDREWS in the amount of $5,000.00 and of this amount, against DAVID YURUS, jointly and severally with STEVEN R. ANDREWS, in the amount of $500.00, as sanctions to pursuant to Fed.R.Civ.P 11.

Document No.

2

Judgment is entered in favor of BENEFITSCORP and against STEVEN R. ANDREWS in the amount of $5,000.00 , and of this amount , against DAVID YURUS, jointly and severally with STEVEN R. ANDREWS, in the amount of $500.00 as sanctions pursuant to Fed.R.Civ.P 11.

WILLIAM M. McCOOL, CLERK OF COURT

July 28, 2006  /s/ Teresa Cole
DATE  Deputy Clerk: Teresa Cole